JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE AGUILAR, | ) | NO. CV 23-1483-MEMF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| THE GEO GROUP/MARVINS GARDEN SAN LUIS OBISPO COUNTY, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 22, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE